NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MITILE LTD.,**
*Plaintiff-Appellant,*

**v.**

**HASBRO, INC.,**
*Defendant-Appellee.*

---

2014-1127

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 1:13-cv-00451-GBL-TCB, Judge Gerald Bruce Lee.

------------------------------------------------------

**MITILE LTD.,**
*Plaintiff-Appellee,*

**v.**

**HASBRO, INC.,**
*Defendant-Appellant.*

---

2014-1158

---

2                                    MITILE LTD. v. HASBRO, INC.


Appeal from the United States District Court for the Eastern District of Virginia in No. 1:13-cv-00451-GBL-TCB, Judge Gerald Bruce Lee.

———————————

## ON MOTION

———————————

## O R D E R

MiTile Ltd. moves to withdraw its appeal no. 2014-1127.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw appeal no. 2014-1127 is granted.   2014-1127 is dismissed.   The revised official caption for 2014-1158 is reflected above.

(2) Each side shall bear its own costs in 2014-1127 only.

(3) Hasbro's opening brief in 2014-1158 is due within 60 days of the date of filing of this order.


FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s21


ISSUED AS A MANDATE (as to 2014-1127 only):

April 3, 2014